```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,   )
                            )
     v.                     )
                            ) Cr. No. 05-10183-MLW
DENNIS QUIRK,               )
     Defendant.             )
                            )
```

MEMORANDUM AND ORDER

WOLF, D.J.                                          April 30, 2020

The court has reviewed petitioner Dennis Quirk's Motion to Vacate (Dkt. No. 380) (the "Motion"), which was filed on June 23, 2016. The Supreme Court's decisions in Beckles v. United States, 137 S. Ct. 886 (2017) and United States v. Davis, 139 S. Ct. 2319 (2019) have resolved most of the issues raised by the Motion. It appears that the most substantial issue remaining is whether Quirk's conviction for attempted Hobbs Act robbery can serve as a predicate "crime of violence" under the force clause of 18 U.S.C. §924(c). The court is allowing the parties to supplement their briefing to address this issue in more detail and to address any other relevant intervening case law.

The court has recently allowed Quirk's motion to appoint counsel for the purpose of determining whether Quirk has a claim

for relief under Rehaif v. United States, 130 S. Ct. 2101 (2019). See Dkt. No. 389.

Accordingly, it is hereby ORDERED that:

1. Quirk shall, by June 3, 2020, file a supplemental memorandum which addresses intervening case law and his claim for relief under Rehaif if Quirk wishes to raise such a claim.

2. The government shall respond by July 7, 2020.

/s/ Mark L. Wolf
UNITED STATES DISTRICT JUDGE