# MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

(If movant has a sentence to be served in the future under a federal judgment which he wishes to attack, he should file a motion in the federal court which entered the judgment.)

## MOTION TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

*Explanation and Instructions--Read Carefully*

(1) This motion must be legibly handwritten or typewritten, and signed by the movant under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

(2) Additional pages are not permitted except with respect to the facts which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt, your motion will be filed if it is in proper order. No fee is required with this motion.

(4) If you do not have the necessary funds for transcripts, counsel, appeal, and other costs connected with a motion of this type, you may request permission to proceed *in forma pauperis*, in which event you must execute form AO 240 or any other form required by the court, setting forth information establishing your inability to pay the costs. If you wish to proceed *in forma pauperis*, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single motion. If you seek to challenge judgments entered by different judges or divisions either in the same district or in different districts, you must file separate motions as to each such judgment.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the motion you file seeking relief from any judgment of conviction.

(7) When the motion is fully completed, the original and at least two copies must be mailed to the Clerk of the United States District Court whose address is

(8) Motions which do not conform to these instructions will be returned with a notation as to the deficiency.

AO 243 (Rev. 5/85)

MOTION UNDER 28 USC § 2255 TO VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY

**United States District Court** District: Boston 1st Circuit

Name of Movant: Dennis Quirk
Prisoner No.: 02982-038
Case No.: 

Place of Confinement: FCI Allenwood, White Deer PA 17887 P.O. BOX 2000

UNITED STATES OF AMERICA v. Dennis Quirk
(name under which convicted)

MOTION July 27th 2022.

1. Name and location of court which entered the judgment of conviction under attack
   U.S. District Court Boston

2. Date of judgment of conviction: March 17 2008

3. Length of sentence: 300 months

4. Nature of offense involved (all counts): 18 USC 1951 Conspiracy to Affect Interstate Commerce by Robbery; 18 USC 1951 Attempt to Affect Commerce by Robbery; 18 USC 924(c) Use of a firearm during a Crime of Violence; 18 USC 922(G)(1) Felon in Possession of Firearm.

5. What was your plea? (Check one)
   (a) Not guilty ☐
   (b) Guilty ☒
   (c) Nolo contendere ☐

   If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details:
   N/A

6. If you pleaded not guilty, what kind of trial did you have? (Check one)
   (a) Jury ☐
   (b) Judge only ☐
   N/A

7. Did you testify at the trial?
   Yes ☐ No ☐

8. Did you appeal from the judgment of conviction?
   Yes ☐ No ☐

(2)

AO 243 (Rev. 5/85)

9. If you did appeal, answer the following:

   (a) Name of court _____ N/A _____

   (b) Result _____

   (c) Date of result _____

10. Other than a direct appeal from the judgment of conviction and sentence, have you previously filed any petitions, applications or motions with respect to this judgment in any federal court?
    Yes ☐ No ☒

11. If your answer to 10 was "yes," give the following information:

    (a) (1) Name of court _____ N/A _____

        (2) Nature of proceeding _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

        (4) Did you receive an evidentiary hearing on your petition, application or motion?
            Yes ☐ No ☐

        (5) Result _____ N/A _____

        (6) Date of result _____

    (b) As to any second petition, application or motion give the same information: _____ N/A _____

        (1) Name of court _____

        (2) Nature of proceeding _____

        _____

        (3) Grounds raised _____

        _____

        _____

        _____

        _____

(3)

    (4) Did you receive an evidentiary hearing on your petition, application or motion?
Yes ☐ No ☐

    (5) Result_____

    (6) Date of result _____ N/A

(c) Did you appeal, to an appellate federal court having jurisdiction, the result of action taken on any petition, application or motion?
(1) First petition, etc.    Yes ☐ No ☐
(2) Second petition, etc.    Yes ☐ No ☒

(d) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not:

_____counsel ineffective assistance._____

12. State *concisely* every ground on which you claim that you are being held in violation of the constitution, laws or treaties of the United States. Summarize briefly the facts supporting each ground. If necessary, you may attach pages stating additional grounds and facts supporting same.

<u>CAUTION: If you fail to set forth all ground in this motion, you may be barred from presenting additional grounds at a later date.</u>

    For your information, the following is a list of the most frequently raised grounds for relief in these proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you have other than those listed. However, you should raise in this motion all available grounds (relating to this conviction) on which you based your allegations that you are being held in custody unlawfully.
    Do not check any of these listed grounds. If you select one or more of these grounds for relief, you must allege facts. The motion will be returned to you if you merely check (a) through (j) or any one of the grounds.
    (a) Conviction obtained by plea of guilty which was unlawfully induced or not made voluntarily or with understanding of the nature of the charge and the consequences of the plea.
    (b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an unconstitutional search and seizure.
(d) Conviction obtained by use of evidence obtained pursuant to an unlawful arrest.
(e) Conviction obtained by a violation of the privilege against self-incrimination.
(f) Conviction obtained by the unconstitutional failure of the prosecution to disclose to the defendant evidence favorable to the defendant.
(g) Conviction obtained by a violation of the protection against double jeopardy.
(h) Conviction obtained by action of a grand or petit jury which was unconstitutionally selected and impanelled.
(i) Denial of effective assistance of counsel.
(j) Denial of right of appeal.

A. Ground one: *Ineffective Assistance of Counsel* Quirk's counsel was constitutionally ineffective for failing to preserve, challenge, and raise at sentencing and on

Supporting FACTS (state *briefly* without citing cases or law) direct appeal that: Conspiracy to commit Hobbs Act Robbery charged against Quirk is constitutionally vulnerable, is unconstitutionally vague and not a violent crime for the purposes of 18 U.S.C. § 924(c)(3)(A). See USA v. Davis, 139 S.Ct. 2319 (June 24, 2019) in support.

B. Ground two: Ineffective Assistance of Counsel Quirk's counsel was ineffective for failing to challenge,

Supporting FACTS (state *briefly* without citing cases or law): preserve and raise at sentencing and on direct appeal that: ATTEMPTED HOBBS ACT ROBBERY is not a crime of violence under 18 USC § 924(c)(3)(A). See USA v. Taylor, NO. 20-1459, 2022 U.S. LEXIS 3017 (June 21, 2022) in support. See Enclosed Memorandum of law in support.

C. Ground three: Quirk's instant 28 U.S.C. § 2255(f)(3) motion is timely in light of the June 21st, 2022 date which the S.Ct.

Supporting FACTS (state *briefly* without citing cases or law): deemed USA v. Taylor, 20-1459, 2022 U.S. LEXIS 3017, June 21st, 2022, date Court made it retroactively applicable to cases on collateral review. See USA v. Taylor, supra, which clearly and concededly incorporated two additional

retroactive S.ct cases in support: USA v. Davis, 139 S.Ct. 2319 (2019) and Borden v. USA, 593 US 141 S.Ct. 210 LEd. 63, 2021 US LEXIS 2996 [No. 19-5410] decided June 10, 2021.

D. Ground four: _____

N/A

Supporting FACTS (state *briefly* without citing cases or law): _____

N/A

13. If any of the grounds listed in 12A, B, C, and D were not previously presented, state briefly what grounds were not so presented, and give your reasons for not presenting them:

My counsel was ineffective assistance.

14. Do you have any petition or appeal now pending in any court as to the judgment under attack?
Yes ☐ No ☒

15. Give the name and address, if known, of each attorney who represented you in the following stages of the judgment attacked herein:

(a) At preliminary hearing  Elliot M. Weinstein 83 Atlantic Avenue Boston, MASS 02110, 617-367-9334.

(b) At arraignment and plea  Same

(c) At trial  Same

(d) At sentencing  Same

AO 243 (Rev. 5/85)

(e) On appeal  Kathleen J. Hill  92 State St, Boston Ma 02109
\# (617) 742-0457                    Suite 200 2nd Floor

(f) In any post-conviction proceeding  Government appeal sentence all the way to Supreme court. And S.ct affirmed in favor of Quirk and this District court.

(g) On appeal from any adverse ruling in a post-conviction proceeding  Section 2255 was filed in error

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at approximately the same time?
    Yes ☒  No ☐

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
    Yes ☐  No ☒

    (a) If so, give name and location of court which imposed sentence to be served in the future: USDC D.Mass/Boston One Courthouse Way Boston Mass 02210.

    (b) Give date and length of the above sentence: 3-17-2008, Document 300, #05-cr-10183-MLW (D.mass/Boston) Total 300 months / 216 mo's cts 1,2 concurrently with 120 mo's on count 6. / 84 months on ct.3 (924(c), consecutively.

    (c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
    Yes ☐  No ☒

Wherefore, movant prays that the Court grant him all relief to which he may be entitled in this proceeding.
Grant, Quirk, his requested writ of habeas corpus; Reverse, vacate, and remand, this case back to the district court for resentencing without the 924(c) 84 month enhancement and resentence Quirk to time served; order Quirk's immediate release from custody. Thank you.

_____
Signature of Attorney (if any)

Pro-se: Dennis Quirk

I declare under penalty of perjury that the foregoing is true and correct. Executed on
July 27th, 2022.
    (date)

Signed under 28 U.S.C. §1746 under perjury the above and following to be true, correct and complete. Pro-se:

_____
Signature of Movant

Dennis Quirk